**E-FILED on**   11/16/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>  Plaintiff-Counter-defendant,<br><br>  v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>  Defendant-Counter-claimant. | No. C-12-01827  RMW<br><br>ORDER REGARDING MOTION TO SEAL<br><br>**[Re Docket No. 32]** |

St. Paul Mercury Insurance Company ("St. Paul") moves to file under seal a portion of its opposition to Tessera, Inc.'s ("Tessera") Motion for Partial Summary Judgement.  A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law.  Civ. L. R. 79-5(a).  The request must be narrowly tailored to seek sealing of only sealable material.  *Id.*

St. Paul has represented that it seeks to file portions of its opposition under seal because the material contained therein has been designated "Confidential" pursuant to the Stipulated Protective Order dated July 11, 2012 (ECF No. 20 ¶¶ 2, 9), and the parties have agreed that the information should be filed under seal.  Having reviewed the material that St. Paul seeks to file under seal, the court finds that St. Paul has submitted a narrowly tailored request to file under seal only those

ORDER REGARDING MOTION TO SEAL—No. C-12-01827  RMW
ALG

1 portions of the documents that are sealable material. The court therefore grants St. Paul's motion to
2 seal as requested, and places the redacted version of the filing in the public docket.

5 DATED: November, 16 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge