SEDGWICK LLP
BRUCE D. CELEBREZZE (State Bar No. 102181)
bruce.celebrezze@sedgwicklaw.com
MATTHEW C. LOVELL (State Bar No. 189728)
matthew.lovell@sedgwicklaw.com
DEAN J. McELROY (State Bar No. 213132)
dean.mcelroy@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Plaintiff and Counterdefendant
ST. PAUL MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:12-cv-01827-RMW<br><br>ORDER GRANTING ST. PAUL MERCURY INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL<br><br>[Re Docket No. 39] |

GOOD CAUSE APPEARING, the administrative motion of plaintiff and counterdefendant St. Paul Mercury Insurance Company ("St. Paul") to seal portions of its reply in support of its motion for partial summary judgment is GRANTED.  The request to seal has been narrowly tailored to cover only material designated by a party as "Confidential" under the terms of the July 11, 2012 Stipulated Protective Order (ECF No. 29).

It is therefore ORDERED:

1. The following designated portions of St. Paul's reply in support of its motion for partial summary judgment shall be filed under seal:  page 10, line 19 through page 11, line 13; and page 11, lines 27 and 28.

1

ORDER GRANTING ST. PAUL MERCURY INSURANCE COMPANY'S ADMINISTRATIVE MOTION
TO FILE PORTIONS OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
Case No. 5:12-cv-01827-RMW

2. At the conclusion of these proceedings, this Court will issue an appropriate order for the disposition of the confidential materials.

DATED: 11/19/2012

_____
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING ST. PAUL MERCURY INSURANCE COMPANY'S ADMINISTRATIVE MOTION
TO FILE PORTIONS OF REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL
Case No. 5:12-cv-01827-RMW