**United States District Court**
For the Northern District of California

1
2
3   **E-FILED on** 11/19/2012
4
5
6
7   IN THE UNITED STATES DISTRICT COURT
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   SAN JOSE DIVISION
10

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>Defendant-Counterclaimant. | No. C-5-01827 RMW<br><br><br>ORDER GRANTING TESSERA. INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENT<br><br>**[Re Docket No. 28]** |

Defendant and Counterclaimant Tessera, Inc. ("Tessera") filed an administrative motion for leave to file under seal portions of the document submitted in support of Tessera's motion for partial summary judgment. Having reviewed the proposed material to be sealed, and in light of the reasons given by the court that previously allowed this material to be filed under seal in the underlying action, Tessera's motion is GRANTED.

It is therefore ORDERED that the following portions of the document entitled Stipulation Regarding Undisputed Facts shall be filed under seal:

a. Exhibit E (the Complaint filed on December 16, 2011 on behalf of Powertech Technology Inc. ("PTI") against Tesssera in an action entitled *Powertech Technology, Inc. v. Tessera, Inc.*, in the United States District Court for the Northern District of California, Case no. C11-6121 (the "Underlying Action")): Pages bearing Bates number T-UND000096 through -123, and T-UND000361through -386.

b. Exhibit F (PTI's (Proposed) Amended Complaint against Tessera in the Underlying Action): Paragraphs 24-35, 37, 39, 40, 50-52, 56-61, 64, 65, and 95.

c. Exhibit G (PTI's (Proposed) Second Amended Complaint against Tessera in the Underlying Action): Paragraphs 24-35, 37, 39, 40, 51-53, 57-62, 64-66, 68, 69, and 103.

d. Exhibit H (PTI's (Proposed) Third Amended Complaint against Tessera in the Underlying Action): Paragraphs 24-35, 37, 39, 40, 51-53, 57-62, 64-66, 68, 69, 109, and 122-124.

e. Exhibit I (PTI's (Proposed) Fourth Amended Complaint against Tessera in the Underlying Action): Paragraphs 24-35, 37, 39, 40, 51-53, 57-62, 64-66, 68, 69, 109, and 122-124.

f. Exhibit L (Tessera's counterclaims against Powertech filed under seal in the underlying action): Paragrpahs 1, 2, 4-13, 15-17, 19, 22, 29, 31, 33, 39, 42, 44, 46 and pages bearing Bates numbers T-UND 002681 through -2695, T-UND 002698 through -2723, and T-UND 002725 through -2735.

DATED: November 19, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge