SEDGWICK LLP
Bruce D. Celebrezze (State Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
Dean J. McElroy (State Bar No. 213132)
*dean.mcelroy@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     415.781.7900
Facsimile:     877.547.2780

Attorneys for Plaintiff and Counterdefendant
ST. PAUL MERCURY INSURANCE COMPANY

BIENERT, MILLER & KATZMAN, PLC
Michael R. Williams (State Bar No. 192222)
*mwilliams@bmkattorneys.com*
903 Calle Amanecer, Suite 350
San Clemente, CA  92673
Telephone:     949.369.3700
Facsimile:     949.369.3701

Attorneys for Defendant and Counterclaimant
TESSERA, INC.

**GRANTED**
*Ronald M. Whyte*
Judge Ronald M. Whyte

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>TESSERA, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>_____<br><br>TESSERA, INC.,<br><br>                    Counterclaimant,<br><br>    v.<br><br>ST. PAUL MERCURY INSURANCE COMPANY,<br><br>                    Counterdefendant. | Case No. 5:12-cv-1827 RMW<br><br>JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>**[**Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c)]<br><br>Case Management Conference:<br><br>Date:      October 14, 2016<br>Time:      10:30 a.m.<br>Place:     Courtroom 6, 4th Floor<br>Judge:     Hon. Ronald M. Whyte |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), plaintiff and counterdefendant St. Paul Mercury Insurance Company ("St. Paul") and defendant and counterclaimant Tessera, Inc. ("Tessera"), through their respective counsel of record, hereby stipulate that this action, including all claims, counterclaims, and defenses herein, in its entirety, shall be, and it hereby is, DISMISSED WITH PREJUDICE.  St. Paul and Tessera will each bear their own attorneys' fees and costs.

DATED:  October 6, 2016          SEDGWICK LLP


                                 By:    /s/ Dean J. McElroy
                                        Bruce D. Celebrezze
                                        Dean J. McElroy
                                        Attorneys for Plaintiff and Counterdefendant
                                        ST. PAUL MERCURY INSURANCE
                                        COMPANY

DATED:  October 6, 2016          BIENERT, MILLER & KATZMAN, PLC


                                 By:    /s/ Michael R. Williams
                                        Michael R. Williams
                                        Attorneys for Defendant and Counterclaimant
                                        TESSERA, INC.

***Filer's Attestation***: *Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Dean J. McElroy hereby attests that concurrence in the filing of this document has been obtained from the other Signatory hereon, Michael R. Williams.*

DATED:  October 6, 2016          SEDGWICK LLP


                                 By:    /s/ Dean J. McElroy
                                        Bruce D. Celebrezze
                                        Dean J. McElroy
                                        Attorneys for Plaintiff and Counterdefendant
                                        ST. PAUL MERCURY INSURANCE
                                        COMPANY